**No. 51589.**—Protests 37802–K, etc., of Novel Jewelry Importing Co. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020).  In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51590.**—Protests 45095–K, etc., of Colonial Bead Co. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867).  In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51591.**—Protests 55626–K, etc., of Eitinger Bead Co., Inc. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020), and *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867).  In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51592.**—Protests 3891–K, etc., of Samuel Barotz & Co., Inc. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020).  In accordance therewith the claim at 35 percent under paragraph 1503, or at 20 percent under the same paragraph, as modified by T. D. 49458, was sustained.

**No. 51593.**—Protests 975245–G, etc., of Ditbro Pearl Co. et al. (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and *Eitinger Bead Co.* v. *United*

*States* (13 Cust. Ct. 50, C. D. 867). In accordance therewith the claim at 35 percent under paragraph 1503, or at 20 percent under the same paragraph, as modified by T. D. 49458, was sustained.

**No. 51594.**—Protests 984495–G, etc., of Friedman Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867). In accordance therewith the claim at 35 percent under paragraph 1503, or at 20 percent under the same paragraph, as modified by T. D. 49458, was sustained.

**No. 51595.**—Protests 989941–G, etc., of F. Weintraub & Co. of N. Y., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867). In accordance therewith the claim at 35 percent under paragraph 1503, or at 20 percent under the same paragraph, as modified by T. D. 49458, was sustained.

**No. 51596.**—Protests 975620–G, etc., of S. S. Kresge Co. et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51597.**—Protests 125700–K, etc., of Air Express International, Inc., et al. (Los Angeles and San Francisco).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51598.**—Protests 83887–K, etc., of Mutual Supply Co. et al. (San Francisco).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in Abstract 50242. In accordance therewith the claim at 1¼ cents per pound under paragraph 717 (c) was sustained.